HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
CHRISTOPHER M. ROUGEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00130-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| CHRISTOPHER M. ROUGEAU, | ) ) | Date: August 22, 2022 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. William B. Shubb |

By this stipulation, the parties move to continue the status conference until September 12, 2022, and to exclude time between August 22, 2022 and September 12, 2022, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government has produced discovery which defense counsel will need further time to review and discuss Mr. Rougeau.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

      d.     For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2022 to September 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: August 17, 2022                 Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Noa E. Oren*
                                            NOA E. OREN
                                            Assistant Federal Defender
                                            Attorney for CHRISTOPHER ROUGEAU

DATED: August 17, 2022                 PHILLIP A. TALBERT
                                            United States Attorney

                                            */s/ Nicholas Fogg*
                                            NICHOLAS FOGG
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on September 12, 2022, at 9:00 a.m. The Court orders the time from August 22, 2022 up to and including September 12, 2022, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: August 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE